**Board of Mgrs. of the 432 Park Condominium v 56th & Park (NY) Owner, LLC**

2024 NY Slip Op 33853(U)

October 28, 2024

Supreme Court, New York County

Docket Number: Index No. 655617/2001

Judge: Melissa A. Crane

Cases posted with a "30000" identifier, i.e., 2013 NY Slip Op 30001(U), are republished from various New York State and local government sources, including the New York State Unified Court System's eCourts Service.

This opinion is uncorrected and not selected for official publication.

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

PRESENT:    **HON. MELISSA A. CRANE**      PART        **60M**

*Justice*

-------------------------------------------------------------------------------X

BOARD OF MANAGERS OF THE 432 PARK CONDOMINIUM, ON BEHALF OF THE INDIVIDUAL UNIT OWNERS  AND THE COMMERCIAL UNIT OWNERS, BOARD OF MANAGERS OF THE COMMERCIAL SECTION OF THE 432 PARK CONDOMINIUM, BOARD OF MANAGERS OF THE RESIDENTIAL SECTION OF THE 432 PARK CONDOMINIUM, ON BEHALF OF THE INDIVIDUAL  UNIT OWNERS,

| | |
|---|---|
| **INDEX NO.** | 655617/2021 |
| **MOTION DATE** | N/A |
| **MOTION SEQ. NO.** | 022 |

Plaintiff,

- v -

56TH AND PARK (NY) OWNER, LLC,RYAN HARTER, HARRY MACKLOWE,

Defendant.

**DECISION + ORDER ON MOTION**

-------------------------------------------------------------------------------X

56TH AND PARK (NY) OWNER, LLC

Plaintiff,

-against-

LEND LEASE (US) CONSTRUCTION LMB INC., SLCE ARCHITECTS LLP, WSP USA BUILDINGS, INC. F/K/A, WSP USA BUILDINGS, INC. F/K/A WSP CANTOR SEINUK STRUCTURAL ENGINEERS, CGI NORTHEAST INC, ROWAN DAVIES, IRWIN, INC.,, JENKINS AND HUNTINGTON, INC., VDA, INC.

Third-Party
Index No.  595204/2022

Defendant.

-------------------------------------------------------------------------------X

HARRY MACKLOWE

Plaintiff,

-against-

432 PARK PROPERTIES INC.

Second Third-Party
Index No.  595923/2022

Defendant.

-------------------------------------------------------------------------------X

**655617/2021   BOARD OF MANAGERS OF THE 432 PARK CONDOMINIUM, ON BEHALF OF THE INDIVIDUAL UNIT OWNERS  AND THE COMMERCIAL UNIT OWNERS ET AL vs. 56TH AND PARK (NY) OWNER, LLC ET AL**
**Motion No.  022**

**Page 1 of 4**

1 of 4

LEND LEASE (US) CONSTRUCTION LMB INC.

               Plaintiff,

-against-

RAEL AUTOMATIC SPRINKLER COMPANY, INC., ASM MECHANICAL SYSTEMS, A.S.R. ELECTRICAL CONTRACTING, INC., CELTIC SHEETMETAL, INC., COMPONENT ASSEMBLY SYSTEMS, INC., IDA EXTERIOR SYSTEMS, LLC, L.I.F. INDUSTRIES, INC., MAYRICH CONSTRUCTION CORP., PARAMOUNT PLUMBING CO. OF NY, INC., ROGER & SONS CONCRETE, INC., NICHOLAS & GALLOWAY, INC., A&H CUSTOM MACHINE LTD., TAYLOR DEVICES, INC., METROPOLITAN WALTERS, LLC, SCHINDLER ELEVATOR CORPORATION, JOHN DOES

               Defendant.

------------------------------------------------------------------------------X

Third Third-Party
Index No. 595956/2022

CELTIC SHEETMETAL, INC.

               Plaintiff,

-against-

INTERNATIONAL ASBESTOS REMOVAL, INC. F/K/A JOHN GRANDO, INC., PREMIER INSULATION SERVICES CORP., PRECISION TEST AND BALANCE OF NY CORP.

               Defendant.

------------------------------------------------------------------------------X

Fourth Third-Party
Index No. 595257/2023

MAYRICH CONSTRUCTION CORP.

               Plaintiff,

-against-

STARBRITE WATERPROOFING CO. INC., CIVETTA-COUSINS JV, L.L.C.

               Defendant.

------------------------------------------------------------------------------X

Fifth Third-Party
Index No. 595301/2023

ROGER & SONS CONCRETE, INC.

               Plaintiff,

-against-

FERRARA BROS. BUILDING MATERIALS CORP., DOKA USA LTD., RETECH SYSTEMS LLC, STARBRITE

Sixth Third-Party
Index No. 595305/2023

655617/2021   BOARD OF MANAGERS OF THE 432 PARK CONDOMINIUM, ON BEHALF OF THE INDIVIDUAL UNIT OWNERS  AND THE COMMERCIAL UNIT OWNERS ET AL vs. 56TH AND PARK (NY) OWNER, LLC ET AL
Motion No.  022

Page 2 of 4

2 of 4

WATERPROOFING CO., INC., DYWIDAG-SYSTEMS INTERNATIONAL, USA, INC., FALCON STEEL COMPANY, INC., HILTI, INC., FERRARA BROS. LLC, SMYRNA READY MIX CONCRETE LLC, SRM CONCRETE LLC, NUCOR HARRIS REBAR NORTHEAST LLC

Defendant.

-------------------------------------------------------------------------------X

The following e-filed documents, listed by NYSCEF document number (Motion 022) 806, 807, 808, 809, 810, 811, 812, 813, 814, 815, 816, 817, 818, 819, 820, 821, 822, 823, 824, 825, 826, 827, 828, 829, 830, 831, 832, 833, 834, 835, 836, 837, 838, 839, 840, 841, 842, 843, 844, 845, 848, 849, 850, 851, 852, 853, 854, 855, 856, 857, 858, 859, 860, 861, 862, 863, 864, 865, 866, 867, 868, 869, 870, 871, 872, 873, 874, 875, 877, 878, 879, 880, 881, 882, 883, 884, 885, 886, 887, 888, 889

were read on this motion to/for                    JUDGMENT - SUMMARY                    .

Upon the foregoing documents, it is

The court denies defendant Macklowe's motion for summary judgment made before the close of discovery. The court also denies plaintiff's cross motion for summary judgment.

There are issues of fact about whether Macklowe abused his control over the commercial board or participated in its misconduct (1) to circumvent the mandatory approval process for engaging in sensitive electrical work; (2) divert work to his own companies and to an inexperienced sub contractor; (3) directed the inexperienced sub to perform its work in reckless manner to cut costs that caused the arc explosion and (4) foisted the insurance onto plaintiffs by abusing his position at the board to excuse his own companies from using their insurance to cover the significant damage that the Macklowe controlled subcontractor caused. The cross motion to dismiss Macklowe's claims for indemnification must be denied because, if Macklowe's view of events bears out at trial, he could be entitled to indemnification.

Having moved for summary judgment prematurely, and despite being warned, Macklowe has now squandered his opportunity for summary judgment post-note. Plaintiff likewise is now precluded from moving again on this issue. (*Strout v. CF E 88 LLC*, No. 161439/19, 2024 WL

**655617/2021  BOARD OF MANAGERS OF THE 432 PARK CONDOMINIUM, ON BEHALF OF THE**                    **Page 3 of 4**
**INDIVIDUAL UNIT OWNERS  AND THE COMMERCIAL UNIT OWNERS ET AL vs. 56TH AND**
**PARK (NY) OWNER, LLC ET AL**
**Motion No.  022**

[* 3]                                              3 of 4

4350564, at *1 [1st Dep't Oct. 1, 2024][ "successive motions for summary judgment should be denied absent new evidence"]).

Accordingly, it is

ORDERED THAT both the motion and the cross motion are denied; and it is further

ORDERED THAT **there shall be no further motion practice whatsoever, including motions to reargue, without prior conference with the court**.

20241028171757MACRANE71CE8424538E45DBA9964041D80908D6

| 10/28/2024 | |
|---|---|
| **DATE** | **MELISSA A. CRANE, J.S.C.** |

| CHECK ONE: | | ☐ CASE DISPOSED | | ☒ NON-FINAL DISPOSITION | |
|---|---|---|---|---|---|
| | | ☐ GRANTED | ☒ DENIED | ☐ GRANTED IN PART | ☐ OTHER |
| APPLICATION: | | ☐ SETTLE ORDER | | ☐ SUBMIT ORDER | |
| CHECK IF APPROPRIATE: | | ☐ INCLUDES TRANSFER/REASSIGN | | ☐ FIDUCIARY APPOINTMENT | ☐ REFERENCE |

655617/2021   BOARD OF MANAGERS OF THE 432 PARK CONDOMINIUM, ON BEHALF OF THE INDIVIDUAL UNIT OWNERS  AND THE COMMERCIAL UNIT OWNERS ET AL vs. 56TH AND PARK (NY) OWNER, LLC ET AL
Motion No.  022

Page 4 of 4

4 of 4